IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL BROWN | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | NO. 15-1234 |
| v. | : | |
| | : | |
| SUPERINTENDENT BRENDA TRITT, | : | |
| *et al.* | : | |
| *Respondents* | : | |

# O R D E R

**AND NOW,** this 10th day of April 2015, upon careful and independent consideration of the petition for a writ of *habeas corpus*, [ECF 1], and available state court records, and after review of the Report and Recommendation of the United States Magistrate Judge David R. Strawbridge, [ECF 3], to which no Objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of *habeas corpus* is **DISMISSED WITH PREJUDICE**.

3. There is no basis for the issuance of a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right, nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. §2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.